CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 1 1 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HERALD WHITED,<br>　　Plaintiff, | )<br>)<br>) | Civil Action No. 7:13-cv-00071 |
| v. | )<br>) | **ORDER** |
| BRANDON YATES,<br>　　Defendant. | )<br>)<br>) | By:　Hon. Michael F. Urbanski<br>　　　United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1), for failing to state a claim upon which relief may be granted and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

**ENTER**: This ___8___ day of March, 2013.

/s/ Michael F. Urbanski
United States District Judge